entered on January 12, 1971 vacated and appeal in each case is reinstated. Defendants' motion to dismiss plaintiff's appeal in each case is denied without prejudice. *Samuel A. Olevson*, for plaintiffs. *Higgins, Cavanagh & Cooney, Bruce G. Tucker*, for defendants.

### January 26, 1971.

M. P. No. 1250. DANIEL H. MARZILLI *v.* FRANCIS A. HOWARD, *Warden*. Petition for writ of habeas corpus granted. Motion of petitioner for special assignment granted, matter assigned to calendar of February 5, 1971 for hearing on the merits. Roberts, C.J., and Paolino, J., not participating. *Dennis J. Roberts II, Andrew A. Bucci, Harold I. Kessler, Carmine A. Rao*, for petitioner. *Richard J. Israel*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for respondent.

M. P. No. 1270. J. ROSARIO RODRIQUE *v.* EUGENIA ALMY. Petition for trial denied. *Lynch & Walsh, Gerard P. Cobleigh*, for plaintiff-respondent. *Joseph W. Baxter*, for defendant-petitioner.

M. P. No. 1273. RUDOLFO M. BARBONE *et al. v.* HERBERT R. MISISCHIA *et al.* Motion for leave to file petition for writ of certiorari is denied. *Joel Robinson*, for petitioners. *John D. Lynch*, for respondents.

M. P. No. 1275. PHILIP CONKLIN *v.* FRANCIS A. HOWARD, *Warden*. Respondent directed to file answer to petition for writ of habeas corpus and show cause, if any he has, why the writ should not issue, the answer to comply with Provisional Order No. 7. Petitioner granted permission to prosecute his petition pro se ipso. *Philip Conklin*, petitioner, pro se. *Richard J. Israel*, Attorney General, for respondent.

### January 27, 1971.

M. P. No. 1293. IN RE: APPLICATION OF LOCAL 1949, INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, AFL-CIO. This mat-